CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GOMEZ MARTINEZ,<br><br>Defendant. | Case No. CR-S-93-134-RFB-RJJ)<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |

  On January 19, 1994, CARLOS GOMEZ-MARTINEZ was charged by a federal grand jury with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. (#57). An arrest warrant was issued September 30, 1994 (#150). GOMEZ-MARTINEZ has never been located by the FBI, the investigating agency, and GOMEZ-MARTINEZ has never appeared before this court.

  Given the age of the case, interest of justice calls for dismissing the pending action.

  Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 5th day of November, 2021.

                CHRISTOPHER CHIOU
                Acting United States Attorney

                */s/ Susan Cushman*
                SUSAN CUSHMAN
                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS GOMEZ-MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:93--cr-00134-RFB -RJJ<br><br>**Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash the Arrest Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant CARLOS GOMEZ-MARTINEZ and quash the arrest warrant.

　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　*/s/ Susan Cushman*
　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  2nd  day of  December , 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE